**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 137 MAL 2015
                                           :
                 Respondent        :
                                             : Petition for Allowance of Appeal from the
                                             : Order of the Superior Court
                 v.                     :
                                             :
                                             :
DENNIS W. E. O'HARA,               :
                                             :
                 Petitioner           :


## ORDER


**PER CURIAM**

       **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.